1

2

3

4

5

6

7

8

9    UNITED STATES DISTRICT COURT

10    FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   FRANK FERNANDEZ, a California            Case No. 2:18−CV−01142−TLN−DB
     consumer, individually and on behalf of
13   all others similarly situated,           **ORDER GRANTING JOINT
                                               STIPULATION TO CONTINUE
14            Plaintiff,                        HEARING DATE AND SET
                                               BRIEFING SCHEDULE FOR
15        v.                                   PLAINTIFF'S RESPONSE TO
                                               TAKEDA'S MOTION TO DISMISS
16   TAKEDA PHARMACEUTICALS                    AND TAKEDA'S MOTION TO
     AMERICA, INC., an Illinois                STAY**
17   corporation; and ELI LILLY &
     COMPANY, an Indiana corporation;
18   and DOES 1-100, inclusive,

19            Defendants.

20

21

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

DOCUMENT PREPARED
ON RECYCLED PAPER

The Court having reviewed the parties Joint Stipulation to Continue Hearing Date and Set Briefing Schedule for Plaintiff's Response to Takeda's Motion to Dismiss and Takeda's Motion to Stay hereby ORDERS that:

(1)     The hearing on the Motion to Dismiss and Motion to Stay [Dkt. Nos. 20 and 22] is continued to Thursday, September 6, 2018, at 2:00 p.m. in Courtroom 2, 15th floor of the United States District Court, Eastern District of California, located at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California 95814;

(2)     Plaintiff will file a response to the Motion to Dismiss and Motion to Stay on or before August 13, 2018;

(3)     Defendants will file replies in support of the Motion to Dismiss and Motion to Stay on or before August 30, 2018.


          IT IS SO ORDERED.


Dated: July 16, 2018

_____
Troy L. Nunley
United States District Judge

ORDER

DOCUMENT PREPARED
ON RECYCLED PAPER