# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| FRANK FERNANDEZ, a California consumer, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TAKEDA PHARMACEUTICALS AMERICA, INC., an Illinois corporation; and ELI LILLY & COMPANY, an Indiana corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:18−CV−01142−TLN−DB<br><br>Hon. Troy L. Nunley<br><br>Hon. Deborah Barnes<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE AND SET BRIEFING SCHEDULE FOR PLAINTIFF'S RESPONSE TO TAKEDA'S MOTION TO DISMISS AND TAKEDA'S MOTION TO STAY** |

The Court having reviewed the parties Joint Stipulation to Continue Hearing Date and Set Briefing Schedule for Plaintiff's Response to Takeda's Motion to Dismiss and Takeda's Motion to Stay hereby ORDERS that:

(1) The hearing on the Motion to Dismiss and Motion to Stay is continued to Thursday, December 6, 2018, at 2:00 p.m. in Courtroom 2, 15th floor of the United States District Court, Eastern District of California, located at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California 95814;

(2) Plaintiff will file a response to the Motion to Dismiss and Motion to Stay on or before November 6, 2018;

(3) Defendants will file replies in support of the Motion to Dismiss and Motion to Stay on or before November 22, 2018.

IT IS SO ORDERED.

Dated: October 15, 2018

Troy L. Nunley
United States District Judge